# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW ARNOLD, on behalf of himself and similarly situated employees, | CIVIL ACTION |
| Plaintiffs, | No. 2:20-cv-00407 |
| v. | |
| LUMBERJAXES, LLC, LUMBERJAXES SH, LLC, EAST AXE, LLC d/b/a LUMBERJAXES MONROEVILLE, CRANBERRY AXE, LLC d/b/a LUMBERJAXES CRANBERRY | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff, Andrew Arnold, on behalf of himself and similarly situated employees, and Defendants Lumberjaxes, LLC, Lumberjaxes SH, LLC., East Axe, LLC d/b/a Lumberjaxes Monroeville, Cranberry Axe, LLC d/b/a Lumerjaxes Cranberry by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED:**

/s/ Kenneth J. Hardin II
Kenneth J. Hardin II (PA ID No. 58303)
Hardin Thompson, P.C.
437 Grant Street
Suite 620
Pittsburgh, PA 15219
412-315-7195
kenhardin@hardinlawpc.net

*Attorney for Plaintiff*

Date:  8/6/20

/s/Suzanne L. DeWalt
Suzanne L. DeWalt (PA ID No. 42072)
Sherrard, German & Kelly, P.C
535 Smithfield Street
Suite 300
Pittsburgh, PA 15222
412-335-0200
sld@sgkpc.com

*Attorney for Defendants*

Date:  8/6/20

AND NOW, this 10th day of August, 2020, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE